## First Department, September, 1960

### (September 13, 1960)

■ In the Matter of the WATERFRONT COMMISSION OF NEW YORK HARBOR, Respondent, against ANTHONY MARCHITTO, Appellant.— Order dated July 14, 1960, denying respondent-appellant's cross motion pursuant to section 237-a of the Civil Practice Act for an order setting aside the service of the order to show cause, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ AMYAS AMES, Respondent, v. IDEAL CEMENT COMPANY, Appellant.— Order dated June 21, 1960, denying defendant-appellant's motions pursuant to sections 948 and 237-a of the Civil Practice Act unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.